UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE, <br><br> Defendant. | NO. CV24-675 <br><br> **WARRANT OF ARREST *IN REM*** |

TO:   UNITED STATES MARSHALS SERVICE,
 *and/or its duly authorized agents and representatives*

WHEREAS, a Verified Complaint for Forfeiture *in Rem* has been filed on May 15, 2024, in the United States District Court for the Western District of Washington, alleging the above-captioned Defendant Property, including:

//

//

Warrant of Arrest *in Rem* - 1
*United States v. Stolen Merchandise, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. Approximately 74,000 items of stolen merchandise, seized on or about December 19, 2023, from the following locations:

    (1) a "We Buy Gold, Silver, and Electronics" storefront located at 13622 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment A to the Complaint;

    (2) an adjacent commercial warehouse located at 13620 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment B to the Complaint;

    (3) a residence located at 183 SW 359th Place, Federal Way, Washington, an inventory for which is appended as Attachment C to the Complaint.

(hereafter "the Defendant Property") is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) as property that constitutes or is derived from proceeds of violations of 18 U.S.C. § 2315 (Sale or Receipt of Stolen Property) and 18 U.S.C. § 2324 (Interstate Transportation of Stolen Property).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant Property; and,

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim to the Defendant Property, to file a verified claim/statement of interest with the Clerk of the Court pursuant to Supplemental

//

//

//

//

Warrant of Arrest *in Rem* - 2
*United States v. Stolen Merchandise, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Rule G(5) of the Federal Rules of Civil Procedure (governing forfeiture actions *in rem*); and that you promptly, after execution of this process, file the same in this Court with your return thereon.

DATED this _____ day of _____, 2024.

                                 RAVI SUBRAMANIAN
                                 UNITED STATES DISTRICT COURT CLERK

                                 By: _____
                                        DEPUTY CLERK

<u>NOTE</u>:  This warrant is issued pursuant to Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

Presented by:

*s/Krista K. Bush*_____
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Warrant of Arrest *in Rem* - 3
*United States v. Stolen Merchandise, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970