UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>Defendant. | NO. CV24-675-RAJ<br><br>**SECOND NOTICE OF VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

**Direct notice is hereby provided to:**

1. Andrey Balun
   1371 120th Ave NE,
   Bellevue, WA 98168

2. Andrey Balun
   1375 121 Ave NE, Apt 404,
   Bellevue, WA 98005

3. Andrey Balun
   333 N Summer Palace Way,
   Las Vegas, NV 89144

4. Vitaliy Bobak and Nadezhda Bobak
   183 SW 359th PL,
   Federal Way, WA 98023-7405

---

Second Notice of Verified Complaint for Forfeiture *in Rem* - 1
*United States v. Approx. 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On May 15, 2024, Assistant United States Attorney ("AUSA") Krista K. Bush filed, in the United States District Court for the Western District of Washington, a civil Verified Complaint for Forfeiture in Rem ("Complaint") that seeks seizure and forfeiture of the following Defendant Property on behalf of Plaintiff United States of America:

    a.    Approximately 74,000 items of stolen merchandise, seized on or about December 19, 2023, from the following locations:

        (1)    a "We Buy Gold, Silver, and Electronics" storefront located at 13622 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment A to the Complaint;

        (2)    an adjacent commercial warehouse located at 13620 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment B to the Complaint;

        (3)    a residence located at 183 SW 359th Place, Federal Way, Washington, an inventory for which is appended as Attachment C to the Complaint.

*See* Dkt. No. 1.

The Defendant Property was seized by the Homeland Security Investigations pursuant to the execution of federal search warrants on December 19, 2023.

The Complaint alleges the Defendant Property constitutes or is derived from proceeds of *Sale or Receipt of Stolen Property*, in violation of Title 18, United States Code, Section 2315, and *Interstate Transportation of Stolen Property*, in violation of Title 18, United States Code, Section 2314, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C).

On May 16, 2024, the United States served by U.S. Postal Service Certified Mail, the Notice of Verified Complaint ("Notice") to six potential third parties at 14 addresses. Dkt. No. 2. The United States has since discovered additional addresses for potential third parties that are identified above.

Second Notice of Verified Complaint for Forfeiture *in Rem* - 2
United States v. Approx. 74,000 Items of Stolen Merchandise;
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  To avoid forfeiture of the Defendant Property, any person claiming an interest in it must file a claim in the manner set forth in the Federal Rules of Civil Procedure, Supplemental Rule G(5) (governing forfeiture actions in rem). As provided in Supplemental Rules G(4) and (5), any such claim must be filed no later than 35 days after the date of this notice; or, for interested parties not listed above, no later than 60 days after the first day of publication of this notice on an official internet government forfeiture site (currently, www.forfeiture.gov). As provided in Supplemental Rule G(5)(a)(i), any claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and, (D) be served on the above-identified Assistant United States Attorney. Any person filing a claim must also file and serve an Answer to the Complaint, or a motion pursuant to Federal Rule of Civil Procedure 12, no later than 21 days after filing the claim, as required by Supplemental Rule G(5)(b).

///

///

///

///

///

Second Notice of Verified Complaint for Forfeiture *in Rem* - 3
United States v. Approx. 74,000 Items of Stolen Merchandise;
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Claims may be filed with the Clerk's Office at the United States District Court for
2  the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle,
3  Washington, 98101. A copy of any claim should be served on the United States
4  Attorney's Office, Attention: AUSA Krista K. Bush – Asset Forfeiture Unit, 700 Stewart
5  Street, Suite 5220, Seattle, Washington 98101.

Additional rules governing this forfeiture action may be found at 18 U.S.C. § 983.

DATED this 11th day of June, 2024.

Respectfully submitted,
TESSA M. GORMAN
United States Attorney

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Second Notice of Verified Complaint for Forfeiture *in Rem* - 4
United States v. Approx. 74,000 Items of Stolen Merchandise;
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the foregoing Second Notice of Verified Complaint for Forfeiture In Rem ("Notice") with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

I hereby further certify that on June 11, 2024, I sent the foregoing Second Notice to the parties at the addresses listed below, by U.S. Certified Mail:

| | |
|---|---|
| Andrey Balun<br>1371 120th Ave NE,<br>Bellevue, WA 98168 | Andrey Balun<br>1375 121 Ave NE, Apt 404,<br>Bellevue, WA 98005 |
| Andrey Balun<br>333 N Summer Palace Way,<br>Las Vegas, NV 89144 | Vitaliy Bobak and Nadezhda Bobak<br>183 SW 359th PL,<br>Federal Way, WA 98023-7405 |

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Second Notice of Verified Complaint for Forfeiture *in Rem* - 5
United States v. Approx. 74,000 Items of Stolen Merchandise;
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970