

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN



FILED (DROP BOX)
JUL 3 0 2024
BY _____ CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV24-675-RAJ |
| DEFENDANT | TYPE OF PROCESS |
| APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE | Warrant of Arrest in Rem (Dkt. 3) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZED
*Please see below
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KRISTA K. BUSH, Assistant United States Attorney / hw
UNITED STATES ATTORNEY'S OFFICE, Asset Forfeiture Unit
700 Stewart Street, Suite 5220
Seattle, Washington 98101

NUMBER OF PROCESS TO BE SERVED IN THIS CASE.
NUMBER OF PARTIES TO BE SERVED IN THIS CASE.
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

*Pursuant to the Warrant of Arrest in Rem (Dkt. No. 3), please seize the following property in accordance with the law: Approximately 74,000 items of stolen merchandise, seized on or about December 19, 2023. Thank you.
CATS Nos.: 24-CBP-000138; 24-CBP-000139; 24-CBP-000141; 24-CBP-000142

Signature of Attorney or other Originator requesting service on behalf of:    [X] PLAINTIFF  [ ] DEFENDANT    TELEPHONE NO. (206) 553-2242    DATE 7-29-2024

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE 07/30/2024 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] HAVE PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC., NAMED ABOVE

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE    TIME OF SERVICE    [ ] AM  [ ] PM

SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:** Confirmed in custody.

TDF 90-22.48 (6/96)