The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>Defendant. | NO. CV24-675-RAJ<br><br>**REQUEST FOR CLERK OF COURT TO ENTER DEFAULT**<br><br>NOTE ON MOTION CALENDAR:<br>August 17, 2024 |

## I.   REQUEST

The United States, by and through its undersigned counsel, respectfully requests the Clerk of Court enter default in this case pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55(a).

The United States filed a Verified Complaint for Forfeiture i*n Rem* in the United States District Court for the Western District of Washington against the following property: Approximately 74,000 Items of Stolen Merchandise (hereafter "the Defendant Property"). *See* Dkt. No. 1 (Complaint).

## II.   NOTICE AND CLAIMS PERIOD

In accordance with the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions

Request for Clerk of Court to Enter Default - 1
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

("Supplemental Rules"), the United States provided notice of this civil forfeiture action by publication and sent notice to all known potential claimants by means reasonably calculated to reach them.[1] No one has claimed an interest in the Defendant Property or otherwise responded to the Complaint.

As required by Supplemental Rule G(4)(b), the United States sent direct notice by means reasonably calculated to reach identified potential claimants, as set forth in the Notice of Verified Complaint for Forfeiture in Rem (Dkt. No. 2) and the Second Notice of Verified Complaint for Forfeiture in Rem (Dkt. No. 5), at their last-known addresses. *See* Declaration of Krista K. Bush in Support of Request for Entry of Default ("Bush Decl."), ¶¶ 2-4, Exhibits A – J. These notices were sent on May 16, 2024 and June 11, 2024, respectively. *Id.* As provided by Supplemental Rules G(4) and G(5), therefore, the last day for these identified potential claimants to file a claim was **June 20, 2024** (35 days after the first set of notices were sent) and **July 16, 2024** (35 days after the second set of notices were sent).

In addition, as required by Supplemental Rule G(4)(a), the United States published notice of its intent to forfeit the Defendant Property on the official internet government forfeiture site www.forfeiture.gov for 30 consecutive days, beginning on May 17, 2024. *See* Dkt. No. 6 (Declaration of Publication). As provided by Supplemental Rules G(4) and G(5), therefore, the last day for any other claimant to file a claim was **July 16, 2024** (60 days after the first date the notice was published on www.forfeiture.gov).

No claims to the Defendant Property have been filed – *i.e.*, all potential claimants have "failed to plead or otherwise defend" this forfeiture action. Fed. R. Civ. P. 55(a).

//

---

[1] Civil forfeiture proceedings are governed by both the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; the latter prevail if there is an inconsistency. *See* Supplemental Rule A(1)(B) and A(2); *see also* Supplemental Rule G(1) ("[t]o the extent that [Supplemental Rule G] does not address an issue, Supplemental Rules C and E and the Federal Rules of Civil Procedure also apply.").

Request for Clerk of Court to Enter Default - 2
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). As no claims have been filed, and the time for doing so has expired, default is appropriately entered against all potential claimants, identified and unidentified.

### III.    CONCLUSION

For the foregoing reasons, the United States requests that the Clerk of Court enter default as to all potential claimants. A proposed Order of Default is submitted with this Request.

DATED this 5th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Request for Clerk of Court to Enter Default - 3
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Request for Clerk of Court to Enter Default - 4
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970