The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>Defendant. | NO. CV24-675-RAJ<br><br>[PROPOSED]<br><br>**ORDER OF DEFAULT** |

The United States' request for the Clerk of Court to enter default (Dkt. No. 8) is GRANTED. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). No person has filed a claim to the above-captioned property within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case.

NOW, THEREFORE, DEFAULT is ENTERED, pursuant to Federal Rules of Civil Procedure 55(a) and Local Rule 55(a), against all potential claimants, including but not limited to the following identified potential claimants: Andrey Balun and Natasha

Order of Default - 1
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Balun, Vitaliy Bobak and Nadezhda Bobak, MBA Trading LLC, and Medicus LLC aka Medikus.

DATED this _____ day of _____, 2024.

RAVI SUBRAMANIAN
UNITED STATES DISTRICT COURT CLERK

_____
DEPUTY CLERK

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Order of Default - 2
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970