The Hon. Richard A. Jones

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   UNITED STATES OF AMERICA,                   NO. CV24-675-RAJ

11                        Plaintiff,             **DECLARATION OF
                                                 AUSA KRISTA K. BUSH**
12         v.                                    **IN SUPPORT OF REQUEST FOR
                                                 CLERK OF COURT TO**
13   APPROXIMATELY 74,000 ITEMS OF               **ENTER DEFAULT**
     STOLEN MERCHANDISE,
14
15                        Defendant.

16

17         I, KRISTA K. BUSH, declare and say:

18         1.    I am an Assistant United States Attorney for the Western District of

19   Washington, and I am assigned to represent the United States in this case.

20         2.    The United States reviewed the underlying investigative and administrative

21   material in this case to identify potential claimants to the Defendant Property and sent

22   notice of this civil forfeiture action by means reasonably calculated to reach each of the

23   following identified potential claimants:

24               a.    Andrey Balun and Vitality Bobak, the two individuals who

25   organized and conducted the fraud;

26               b.    Natasha Balun and Nadezhda Bobak, their respective spouses; and

27

Declaration of AUSA Krista K. Bush
in Support of Request for Clerk of Court to Enter Default - 1
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

c.      MBA Trading LLC and Medicus LLC aka Medikus, two business entities registered to Andrey Balun and involved in the fraud.

***May 16, 2024 Direct Notice***

3.      On May 16, 2024, the United States sent a copy of the Verified Complaint for Forfeiture *in Rem*, the Notice of Complaint *in Rem*, and the Warrant of Arrest *in Rem* (the "Notice") by U.S. Certified Mail to 14 addresses currently or recently associated with the identified potential claimants. *See* Exhibit A. The addresses included current and recent residence and business addresses obtained through investigative records and open-source research.

a.      <u>Vitaliy Bobak and Nadezhda Bobak</u>:  The United States sent Notices to four addresses in Washington: the Bobaks' current Federal Way residence and three former residences in Auburn and Kent. *See* Exhibit A, p. 1. True and correct copies of the associated delivery records are attached in Exhibit C. U.S. Postal Service tracking records reflect attempts to deliver the Notice sent to the Bobaks' current Federal Way residence on May 17, 2024 and May 22, 2024, before the Notice was returned to the United States, marked "unclaimed." *See* Exhibit C, pp. 4-7. One Notice sent to a prior Bobak residence in Auburn was awaiting delivery as of May 18, 2024; no other information is available. *See* Exhibit C, pp. 1-3. The other two Notices were returned as "unclaimed," "unknown," or "unable to forward," after multiple delivery attempts *See* Exhibit C, pp. 8-15.

b.      <u>Andrey Balun and Natasha Balun</u>:  The United States sent eight Notices to addresses associated with the Baluns in California, Nevada, and Washington. *See* Exhibit A, p. 2. True and correct copies of the associated delivery records are attached in Exhibits B, E, and F. U.S. Postal Service tracking records confirm that one Notice was successfully delivered to an address in Bellevue on or about May 17, 2024. *See* Exhibit E, pp. 1-3. After one Notice was refused upon attempted delivery on May 20, 2024, it was returned to the United States. *See* Exhibit B, pp. 1-5. The other Notices were

Declaration of AUSA Krista K. Bush
in Support of Request for Clerk of Court to Enter Default - 2
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

returned to the United States, marked "unclaimed," "undeliverable," or "unable to forward." *See* Exhibit B, pp. 6-25 and Exhibit F.

c.    MBA Trading LLC:  The United States sent a Notice to the registered address of this business entity – the Burien storefront in which Bobak, Balun, and the two businesses purchased stolen merchandise. *See* Exhibit A, p. 2. U.S. Postal Service tracking records indicate this Notice was returned to the United States as "undeliverable," "vacant," and "unable to forward." True and correct copies of the associated delivery records are attached in Exhibit D. Records maintained by the Washington Secretary of State reflect this business entity is delinquent. True and accurate copies of an Amended Annual Report, filed on November 17, 2023, and Delinquent Annual Report Notice, filed on April 1, 2024, are attached in Exhibit K.

d.    Medicus LLC aka Medikus:  The United States sent a Notice to the Bellevue business address registered to this entity. *See* Exhibit A, p. 2. U.S. Postal Service records confirm this Notice was delivered on or about May 17, 2024. True and correct copies of the associated delivery records are attached in Exhibit G. Records maintained by the Washington Secretary of State reflect this business entity has been administratively dissolved. True and accurate copies of the most recent Annual Report, filed on May 10, 2022, and Administrative Dissolution, filed on August 3, 2023, are attached in Exhibit L.

***June 11, 2024 Direct Notice***

4.    On June 11, 2024, the United States sent a second Notice to the Bobaks' current Federal Way address and sent Notices to additional addresses associated with other identified potential claimants. *See* Exhibit H, p. 1.

a.    Vitaliy Bobak and Nadezhda Bobak:  U.S. Postal Service tracking records reflect attempts to deliver the second Notice sent to the Bobaks' current residence on June 12, 2024 and June 17, 2024, before it was returned to the United States, marked

Declaration of AUSA Krista K. Bush
in Support of Request for Clerk of Court to Enter Default - 3
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

"unclaimed." True and correct copies of the associated delivery records, are attached in Exhibit I.

b.    <u>Andrey Balun and Natasha Balun</u>:  The United States sent Notices to three additional addresses associated with the Baluns in Nevada, and Washington. *See* Exhibit H, p. 1. U.S. Postal Service tracking records indicate all three Notices were delivered on or about June 17, 2024. True and correct copies of the associated delivery records, are attached in Exhibit J.

5.    True and correct copies of the Notices, associated delivery records, and documents from the Washington Secretary of State are attached as **Exhibits A – L**.

I declare under penalty of perjury that the foregoing is true and correct.


DATED this 5th day of August, 2024.


<u>s/Krista K. Bush</u>
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Declaration of AUSA Krista K. Bush
in Support of Request for Clerk of Court to Enter Default - 4
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

APPROXIMATELY 74,000 ITEMS OF
STOLEN MERCHANDISE,

        Defendant.

NO. CV24-675

**NOTICE OF VERIFIED
COMPLAINT FOR
FORFEITURE *IN REM***

**<u>Direct notice is hereby provided to:</u>**

1. Vitaliy Bobak and Nadezhda Bobak
   183 SW 359th PL
   Federal Way, WA 98023-7405

2. Vitaliy Bobak and Nadezhda Bobak
   31723 47th CT S
   Auburn, WA 98001-3730

3. Vitaliy Bobak and Nadezhda Bobak
   38006 36th PL S
   Auburn, WA 98001-8753

4. Vitaliy Bobak and Nadezhda Bobak
   1024 Central Ave N, Apt J6
   Kent, WA 98032-3077

Notice of Verified Complaint for Forfeiture *in Rem* - 1
*United States v. Approx. 74,000 Items of Stolen Merchandise*

5. MBA Trading LLC
   13622 1st Ave. S
   Burien, WA 98168

6. Medicus LLC, also known as Medikus
   1271 120th Ave. NE
   Bellevue, WA 98005

7. Andrey Balun and Natasha Balun
   10688 NE 10th Street, Apt B515
   Bellevue, WA 98004-4736

8. Andrey Balun and Natasha Balun
   12307 SE 315th PL
   Auburn, WA 98092-0987

9. Andrey Balun and Natasha Balun
   1892 Casterbridge Dr.
   Roseville, CA 95747-4908

10. Andrey Balun and Natasha Balun
    10650 NE 9th Pl, Unit 1726
    Bellevue, WA 98004-5074

11. Andrey Balun and Natasha Balun
    40650 NE 9th PL, Unit 2422
    Bellevue, WA 98004-5081

12. Andrey Balun and Natasha Balun
    4425 Issaquah Pine Lake Rd SE, Apt X6
    Sammamish, WA 98075-6218

13. Andrey Balun
    1969 Canyon Breeze Dr.
    Las Vegas, NV 89134-0328

14. Natasha Balun
    1375 121 Ave NE, Apt 404
    Bellevue, WA 98005-5069

//

Notice of Verified Complaint for Forfeiture *in Rem* - 2
*United States v. Approx. 74,000 Items of Stolen Merchandise*

Exhibit A, p. 2

On May 15, 2024, Assistant United States Attorney ("AUSA") Krista K. Bush filed, in the United States District Court for the Western District of Washington, a civil Verified Complaint for Forfeiture in Rem ("Complaint") that seeks seizure and forfeiture of the following Defendant Property on behalf of Plaintiff United States of America:

    a.    Approximately 74,000 items of stolen merchandise, seized on or about December 19, 2023, from the following locations:

    (1)    a "We Buy Gold, Silver, and Electronics" storefront located at 13622 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment A to the Complaint;

    (2)    an adjacent commercial warehouse located at 13620 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment B to the Complaint;

    (3)    a residence located at 183 SW 359th Place, Federal Way, Washington, an inventory for which is appended as Attachment C to the Complaint.

*See* Dkt. No. 1.

The Defendant Property was seized by the Homeland Security Investigations pursuant to the execution of federal search warrants on December 19, 2023.

The Complaint alleges the Defendant Property constitutes or is derived from proceeds of *Sale or Receipt of Stolen Property*, in violation of Title 18, United States Code, Section 2315, and *Interstate Transportation of Stolen Property*, in violation of Title 18, United States Code, Section 2314, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C).

To avoid forfeiture of the Defendant Property, any person claiming an interest in it must file a claim in the manner set forth in the Federal Rules of Civil Procedure, Supplemental Rule G(5) (governing forfeiture actions in rem). As provided in Supplemental Rules G(4) and (5), any such claim must be filed no later than 35 days after

Notice of Verified Complaint for Forfeiture *in Rem* - 3
*United States v. Approx. 74,000 Items of Stolen Merchandise*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Exhibit A, p. 3

the date of this notice; or, for interested parties not listed above, no later than 60 days after the first day of publication of this notice on an official internet government forfeiture site (currently, www.forfeiture.gov). As provided in Supplemental Rule G(5)(a)(i), any claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and, (D) be served on the above-identified Assistant United States Attorney. Any person filing a claim must also file and serve an Answer to the Complaint, or a motion pursuant to Federal Rule of Civil Procedure 12, no later than 21 days after filing the claim, as required by Supplemental Rule G(5)(b).

Claims may be filed with the Clerk's Office at the United States District Court for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, Washington, 98101. A copy of any claim should be served on the United States Attorney's Office, Attention: AUSA Krista K. Bush – Asset Forfeiture Unit, 700 Stewart Street, Suite 5220, Seattle, Washington 98101.

Additional rules governing this forfeiture action may be found at 18 U.S.C. § 983.

DATED this 16th day of May, 2024.

Respectfully submitted,
TESSA M. GORMAN
United States Attorney

s/Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Notice of Verified Complaint for Forfeiture *in Rem* - 4
*United States v. Approx. 74,000 Items of Stolen Merchandise*

Exhibit A, p. 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **<u>EXHIBIT B</u>**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Exhibit B, p. 1

*Sent To*

*Street and*

*City, State*

Andrey Balun & Natasha Balun
1892 Casterbridge Dr.
Roseville, CA 95747-4908

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI…

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052700915381017

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 1:43 pm on May 24, 2024 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, To Original Sender**
SEATTLE, WA 98101
May 24, 2024, 1:43 pm

**Arrived at Post Office**
SEATTLE, WA 98101
May 24, 2024, 4:05 am

**In Transit to Next Facility**
May 23, 2024

**Arrived at USPS Regional Origin Facility**
SEATTLE WA NETWORK DISTRIBUTION CENTER
May 22, 2024, 8:30 pm

**Departed USPS Regional Facility**
SACRAMENTO CA DISTRIBUTION CENTER
May 22, 2024, 3:31 am

**Arrived at USPS Regional Destination Facility**

Feedback

Exhibit B, p. 2

SACRAMENTO CA DISTRIBUTION CENTER
May 21, 2024, 4:39 pm

**Return to Sender Processed**

ROSEVILLE, CA 95661
May 21, 2024, 9:05 am

**Refused**

ROSEVILLE, CA 95747
May 20, 2024, 2:31 pm

**Out for Delivery**

ROSEVILLE, CA 95747
May 20, 2024, 6:10 am

**Arrived at Post Office**

ROSEVILLE, CA 95661
May 20, 2024, 3:32 am

**Arrived at USPS Facility**

ROSEVILLE, CA 95661
May 19, 2024, 3:35 pm

**Arrived at USPS Regional Facility**

SACRAMENTO CA DISTRIBUTION CENTER
May 19, 2024, 7:35 am

**Departed USPS Regional Facility**

SAN FRANCISCO CA NETWORK DISTRIBUTION CENTER
May 19, 2024, 5:25 am

**Arrived at USPS Regional Facility**

SAN FRANCISCO CA NETWORK DISTRIBUTION CENTER
May 18, 2024, 10:42 pm

**Departed USPS Regional Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER
May 18, 2024, 7:27 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER
May 17, 2024, 10:33 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 2:59 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |

| | |
|---|---|
| **USPS Tracking Plus®** | ⌄ |

| | |
|---|---|
| **Product Information** | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**




Western District of Washington
100 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business

9589 0710 5270 0915 3810 17

ZIP 98101   $ 017.90⁰
02 4W
0001131800 MAY 16 2024

Andrey Balun and Natasha Balun
1892 Casterbridge Dr.
Roseville, CA 95747-4908

Refused
5-20

-R-T-S-   95747-RFS-1N   *95 05/21/24
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER



# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Exhibit B, p. 6

Sent To          Andrey Balun & Natasha Balun
Street and Ap    12307 SE 315th PL
                 Auburn, WA 98092-0987
City, State, ZIP

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

**Remove** ✕

## 9589071052700915381024

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in SEATTLE, WA 98101 on June 17, 2024 at 3:22 pm.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**

SEATTLE, WA 98101
June 17, 2024, 3:22 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
June 16, 2024, 7:16 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
June 15, 2024, 3:12 pm

**Unclaimed/Being Returned to Sender**

AUBURN, WA 98002
June 12, 2024, 12:35 pm

**Reminder to Schedule Redelivery of your item**

May 22, 2024

**Notice Left (No Authorized Recipient Available)**

Feedback

Exhibit B, p. 7

AUBURN, WA 98092
May 17, 2024, 5:06 pm

**Out for Delivery**

AUBURN, WA 98092
May 17, 2024, 6:10 am

**Arrived at Post Office**

AUBURN, WA 98002
May 17, 2024, 4:19 am

**Arrived at USPS Facility**

AUBURN, WA 98002
May 17, 2024, 3:59 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
May 17, 2024, 3:43 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
May 17, 2024, 1:41 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 1:08 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:13 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

Exhibit B, p. 8

---

589 0710 5270 0915 3810 24

ZIP 98101  $ 017.90⁰
02 4W
0001131800 MAY. 16. 2024

NIXIE

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

886  SE 1    0186/15/24

N/L

Andrey Balun and Natasha Balun
12307 SE 315th PL
Auburn, WA 98092-0987

**RECEIVED**

JUN 17 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Exhibit B, p. 9

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery     $ _____
☐ Adult Signature Required     $ _____
☐ Adult Signature Restricted Delivery     $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Exhibit B, p. 10

*Sent To*    Andrey Balun & Natasha Balun
*Street and A*    40650 NE 9th PL, Unit 2422
Bellevue, WA 98004-5081
*City, State, 2..*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052700915380997

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in SEATTLE, WA 98101 on May 22, 2024 at 2:37 pm.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**

SEATTLE, WA 98101
May 22, 2024, 2:37 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 21, 2024, 7:15 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 20, 2024, 4:56 pm

**Forward Expired**

BELLEVUE, WA 98004
May 17, 2024, 1:17 pm

**Arrived at Post Office**

BELLEVUE, WA 98004

Feedback

May 17, 2024, 6:14 am

**Arrived at USPS Facility**

BELLEVUE, WA 98004
May 17, 2024, 5:40 am

**Arrived at USPS Facility**

BELLEVUE, WA 98005
May 17, 2024, 5:10 am

**Departed USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:18 am

**Arrived at USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:05 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 3:22 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**　　⌄

---

**USPS Tracking Plus®**　　⌄

---

**Product Information**　　⌄

**See Less** ⌃

0 Stewart Street, Suite 5220
attle, Washington 98101-1271

ficial Business

9589 0710 5270 0915 3809 97

XIN

Andrey Balun and Natasha Balun
40650 NE 9th PL, Unit 2422
Bellevue, WA 98004-5081

E    988    SE 1    0105/20/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
98101443999    0127N141235-02199

RECEIVED

MAY 22 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

UTF

Exhibit B, p. 13

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)         $ _____
- ☐ Return Receipt (electronic)       $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required          $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Exhibit B, p. 14

Sent To   Andrey Balun and Natasha Balun

Street an  4425 Issaquah Pine Lake Rd SE, Apt X6
           Sammamish, WA 98075-6218

City, Sta

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

**ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI…**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052700915380980

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was returned to the sender on May 25, 2024 at 4:36 pm in SAMMAMISH, WA 98075 because the addressee was not known at the delivery address noted on the package.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Addressee Unknown**
SAMMAMISH, WA 98075
May 25, 2024, 4:36 pm

**Delivered, Left with Individual**
SAMMAMISH, WA 98075
May 17, 2024, 5:44 pm

**Out for Delivery**
SAMMAMISH, WA 98075
May 17, 2024, 6:33 am

**Arrived at Post Office**
ISSAQUAH, WA 98027
May 17, 2024, 6:22 am

**Arrived at USPS Facility**
ISSAQUAH, WA 98027

Feedback

May 17, 2024, 5:14 am

**Departed USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:45 am

**Arrived at USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:05 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 3:22 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

United States Attorney's Office
*Western District of Washington*
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business





ZIP 98101 $ 017.90
02 4W
0001131800MAY 16 20

9589 0710 5270 0915 3809 80

**RECEIVED**

JUN 03 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

05/30/24

REC

Andrey Balun and Natash
4425 Issaquah Pine Lak
Sammamish, WA 980

5/25
ANK

THIS   ADDRESS

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee |
| --- |
| $ |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Exhibit B, p. 18

Sent To

Street and

City, State

Andrey Balun & Natasha Balun
10688 NE 10th Street, Apt B515
Bellevue, WA 98004-4736

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI…

# USPS Tracking®

FAQs ›

Tracking Number:

**Remove ✕**

## 9589071052700915381031

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in SEATTLE, WA 98101 on May 22, 2024 at 2:37 pm.

_____

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

**Delivered to Agent**
**Delivered to Agent for Final Delivery**
SEATTLE, WA 98101
May 22, 2024, 2:37 pm

**Arrived at Post Office**
SEATTLE, WA 98101
May 22, 2024, 5:01 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
May 21, 2024, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
May 20, 2024, 4:57 pm

**Forward Expired**
BELLEVUE, WA 98004

Feedback

Exhibit B, p. 19

May 17, 2024, 2:24 pm

**Out for Delivery**
BELLEVUE, WA 98004
May 17, 2024, 6:27 am

**Arrived at Post Office**
BELLEVUE, WA 98004
May 17, 2024, 6:16 am

**Arrived at USPS Facility**
BELLEVUE, WA 98004
May 17, 2024, 5:40 am

**Arrived at USPS Facility**
BELLEVUE, WA 98005
May 17, 2024, 5:10 am

**Departed USPS Facility**
REDMOND, WA 98052
May 17, 2024, 4:18 am

**Arrived at USPS Facility**
REDMOND, WA 98052
May 17, 2024, 4:05 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 3:22 am

**Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

**USPS picked up item**
SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                              Exhibit B, p. 20                              ⌄

United States Attorney's Office
tern District of Washington
Stewart Street, Suite 5220
le, Washington 98101-1271

ial Business

9589 0710 5270 0915 3810 31

IXIN

ZIP 9B101  $ 017.90⁰
02  4W
0001131800 MAY 16  2024

Andrey Balun and Natasha Balun
10688 NE 10th Street, Apt B515
Bellevue, WA 98004-4736

RECEIVED

MAY 2 2 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

E      988    5E 1       0105/20/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
C: 98101443999    0127N141235-02531

Exhibit B, p. 21

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Exhibit B, p. 22

Total Postage and Fees

$

*Sent To*

Andrey Balun & Natasha Balun
10650 NE 9th Pl, Unit 1726
Bellevue, WA 98004-5074

*Street and A*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI…**

# USPS Tracking®

FAQs ›

**Tracking Number:**                                              Remove ✕

## 9589071052700915381000

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in SEATTLE, WA 98101 on May 22, 2024 at 2:37 pm.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**
SEATTLE, WA 98101
May 22, 2024, 2:37 pm

**Arrived at Post Office**
SEATTLE, WA 98101
May 22, 2024, 5:02 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
May 21, 2024, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
May 20, 2024, 4:56 pm

**Forward Expired**
BELLEVUE, WA 98004

Feedback

May 17, 2024, 1:17 pm

**Out for Delivery**

BELLEVUE, WA 98004
May 17, 2024, 6:27 am

**Arrived at Post Office**

BELLEVUE, WA 98004
May 17, 2024, 6:16 am

**Arrived at USPS Facility**

BELLEVUE, WA 98004
May 17, 2024, 5:40 am

**Arrived at USPS Facility**

BELLEVUE, WA 98005
May 17, 2024, 5:10 am

**Departed USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:18 am

**Arrived at USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:05 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 3:22 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:10 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                        ⌄

Stewart Street, Suite 5220
ttle, Washington 98101-1271

cial Business

9589 0710 5270 0915 3810 00

ZIP 98101    $ 017.90°
02 4W
0001131800 MAY 16. 2024



Andrey Balun and Natasha Balun
10650 NE 9th Pl, Unit 1726
Bellevue, WA 98004-5074

**RECEIVED**

MAY 2 2 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

NIXIE    980    5E 1        0105/20/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443999    0127N141235-02207

# **<u>EXHIBIT C</u>**

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Exhibit C, p. 1

Sent To

Street ar.

City, Stat

**Vitaliy Bobak & Nadezhda Bobak**
**31723 47th CT S**
**Auburn, WA 98001-3730**

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL   TI...**

# USPS Tracking®

FAQs ›

Tracking Number:                                                                                    **Remove ✕**

## 9589071052700915381086

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We now anticipate delivery of your package the next business day. We apologize for the delay.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Alert**
**Awaiting Delivery**
May 18, 2024, 12:10 am

**Out for Delivery**
AUBURN, WA 98001
May 17, 2024, 6:10 am

**Arrived at Post Office**
AUBURN, WA 98002
May 17, 2024, 5:36 am

**Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

**USPS picked up item**
SEATTLE, WA 98101
May 16, 2024, 2:59 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                          ⌄

---

**USPS Tracking Plus®**                                                           ⌄

---

**Product Information**                                                           ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Exhibit C, p. 4

Sent To     Vitaliy Bobak & Nadezhda Bobak

Street and  183 SW 359th PL
            Federal Way, WA 98023-7405

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI...

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052700915381093

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

### Delivery Attempt
**Reminder to Schedule Redelivery of your item**

May 22, 2024

### Notice Left (No Authorized Recipient Available)

FEDERAL WAY, WA 98023
May 17, 2024, 10:31 am

### Out for Delivery

FEDERAL WAY, WA 98023
May 17, 2024, 6:10 am

### Arrived at Post Office

FEDERAL WAY, WA 98023
May 17, 2024, 5:19 am

### Arrived at USPS Facility

FEDERAL WAY, WA 98023
May 17, 2024, 2:20 am

### Departed USPS Regional Facility

Exhibit C, p. 5

SEATTLE WA DISTRIBUTION CENTER ANNEX
May 17, 2024, 2:19 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
May 17, 2024, 1:41 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 1:08 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:12 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

epartment of Justice
States Attorney's Office
n District of Washington

art Street, Suite 5220
Washington 98101-1271

usiness

9589 0710 5270 0915 3810 93

N



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES

ZIP 98101   $ 017.90⁰
02 4W
0001131800 MAY. 16 2024

C: 98101127100    0127N191205-02027
UNABLE TO FORWARD
UNCLAIMED
RETURN TO SENDER

NIXIE    980    48  1    0127/09/24

Vi                    Nadezhda Bobak
183
Feder                        ?3-7405

**UNCLAIMED**

**RECEIVED**

JUL 11 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Exhibit C, p. 7

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Exhibit C, p. 8

Sent To

Vitaliy Bobak & Nadezhda Bobak
38006 36th PL S
Auburn, WA 98001-8753

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                    **Remove** ✕

## 9589071052700915381079

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in SEATTLE, WA 98101 on June 17, 2024 at 3:23 pm.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered to Agent
**Delivered to Agent for Final Delivery**

SEATTLE, WA 98101
June 17, 2024, 3:23 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
June 16, 2024, 7:16 am

**Unclaimed/Being Returned to Sender**

AUBURN, WA 98002
June 12, 2024, 12:36 pm

**Reminder to Schedule Redelivery of your item**

May 22, 2024

**Notice Left (No Authorized Recipient Available)**

AUBURN, WA 98001
May 17, 2024, 2:14 pm

**Out for Delivery**

Feedback

Exhibit C, p. 9

AUBURN, WA 98001
May 17, 2024, 6:10 am

● **Arrived at Post Office**

AUBURN, WA 98002
May 17, 2024, 5:36 am

● **Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

● **USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                          ⌄

---

**USPS Tracking Plus®**                                                           ⌄

---

**Product Information**                                                           ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
|---|

Exhibit C, p. 10

CONFIDENTIAL

ment of Justice

NIXIE   985   1E   1   0106/15/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 93101447221-0443

0710 5270 0915 3810 79



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE from PITNEY BOWES
ZIP 98101   $ 017.90⁰
02 .4W
0001131800 MAY 16 2024

NL
5/17

Vitaliy Bobak and Nadezhda Bobak
38006 36th PL S
Auburn, WA 98001-8753

RECEIVED
JUN 17 2024
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)      $ _____
- ☐ Return Receipt (electronic)    $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required        $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit C, p. 12

Postage

$

Total Postage and Fees

$

Sent To          Vitaliy Bobak & Nadezhda Bobak
Street and A     1024 Central Ave N, Apt J6
                 Kent, WA 98032-3077
City, State, Z

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

**FAQs** ›

**Remove** ✕

**Tracking Number:**

## 9589071052700915381062

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:04 pm on June 10, 2024 in SEATTLE, WA 98101.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
SEATTLE, WA 98101
June 10, 2024, 12:04 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
June 8, 2024, 7:21 am

● **Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
June 7, 2024, 3:30 pm

● **Reminder to Schedule Redelivery of your item**
May 30, 2024

● **Notice Left (No Authorized Recipient Available)**
KENT, WA 98032
May 25, 2024, 11:02 am

● **Addressee Unknown**

Exhibit C, p. 13

KENT, WA 98032
May 22, 2024, 5:49 pm

**Out for Delivery**

KENT, WA 98032
May 17, 2024, 7:44 am

**Arrived at Post Office**

KENT, WA 98031
May 17, 2024, 7:33 am

**Arrived at USPS Facility**

KENT, WA 98031
May 17, 2024, 5:31 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
May 17, 2024, 3:35 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
May 17, 2024, 3:15 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 2:46 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                          Exhibit c, p. 14             ⌄

---





ment of Justice
s Attorney's Office
rict of Washington
eet, Suite 5220
ton 98101-1271

**RECEIVED**

JUN 10 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON



NIXIE      980   4E 1      0106/07/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 98101127100   0127N159222-02326

Vitaliy Bobak and Nadez...
1024 Central Ave N, Apt J6
Kent, WA 98032-3077

DNK

# EXHIBIT D

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

**Total Postage and Fees**

$

Exhibit D, p. 1

Sent To

*Street and Apt. 1*
**MBA Trading LLC**
13622 1st Ave. S
Burien, WA 98168

*City, State, ZIP+*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** >

**Remove** ✕

**Tracking Number:**

## 9589071052700915381055

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 12:04 pm on June 10, 2024 in SEATTLE, WA 98101.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**
**Delivered, To Original Sender**
SEATTLE, WA 98101
June 10, 2024, 12:04 pm

**Arrived at Post Office**
SEATTLE, WA 98101
June 8, 2024, 6:10 am

**In Transit to Next Facility**
June 6, 2024

**Return to Sender Processed**
SEATTLE, WA 98168
May 28, 2024, 1:27 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
May 24, 2024, 7:18 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER

Exhibit D, p. 2

May 23, 2024, 1:26 pm

**Processing at USPS Facility**

SEATTLE WA PACKAGE SORTING CENTER
May 17, 2024, 7:18 pm

**Out for Delivery**

SEATTLE, WA 98168
May 17, 2024, 6:10 am

**Arrived at Post Office**

SEATTLE, WA 98188
May 17, 2024, 5:04 am

**Arrived at USPS Regional Facility**

SEATTLE WA PACKAGE SORTING CENTER
May 17, 2024, 2:23 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:11 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                         ⌄

**USPS Tracking Plus®**                                          ⌄

**Product Information**                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

rtment
tes Atto
istrict of
Street, Suite 5220
ington 98101-1271

US POSTAGE
ZIP 98101  $ 017.90⁰
02 4W
0001131800 MAY. 16. 2024

MBA Trading LLC
13622 1st Ave. S
Burien, WA 98168

 RECEIVED

JUN 10 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

-R-T-S-   981685008-1N   *95 05/28/24

RETURN TO SENDER
VACANT
UNABLE TO FORWARD
RETURN TO SENDER

# **<u>EXHIBIT E</u>**

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Exhibit E, p. 1

Total Postage and Fees
$

Sent To
Natasha Balun

Street and.
1375 121 Ave NE, Apt 404

City, State,
Bellevue, WA 98005-5069

PS Form 3800, January 2023 PSN 7530-02-000-9047          See Reverse for Instructions

**ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI…**

# USPS Tracking®

**FAQs ›**

**Remove ✕**

Tracking Number:

## 9589071052700915380942

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:45 am on May 17, 2024 in BELLEVUE, WA 98005.

---

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BELLEVUE, WA 98005
May 17, 2024, 11:45 am

● **Out for Delivery**
BELLEVUE, WA 98005
May 17, 2024, 6:10 am

● **Arrived at Post Office**
BELLEVUE, WA 98005
May 17, 2024, 5:24 am

● **Arrived at USPS Facility**
BELLEVUE, WA 98005
May 17, 2024, 5:10 am

● **Departed USPS Facility**
REDMOND, WA 98052

Feedback

May 17, 2024, 4:16 am

**Arrived at USPS Facility**

REDMOND, WA 98052
May 17, 2024, 4:05 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 3:22 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
May 17, 2024, 12:10 am

**USPS picked up item**

SEATTLE, WA 98101
May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# **EXHIBIT F**

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _____
- ☐ Return Receipt (electronic)       $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required          $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit F, p. 1

Postage

$

Total Postage and Fees

$

Sent To

Street and   **Andrey Balun**
             **1969 Canyon Breeze Dr.**

City, State   **Las Vegas, NV 89134-0328**

**PS Form 3800, January 2023** PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

**FAQs ⟩**

**Tracking Number:**

**Remove ✕**

## 9589071052700915380973

Copy　　　Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item could not be delivered on June 6, 2024 at 1:36 pm in LAS VEGAS, NV 89134. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

Feedback

**Alert**
**Unclaimed/Being Returned to Sender**
LAS VEGAS, NV 89134
June 6, 2024, 1:36 pm

**Reminder to Schedule Redelivery of your item**
May 26, 2024

**Notice Left (No Authorized Recipient Available)**
LAS VEGAS, NV 89134
May 21, 2024, 4:26 pm

**Out for Delivery**
LAS VEGAS, NV 89134
May 21, 2024, 6:10 am

**Arrived at Post Office**
LAS VEGAS, NV 89134
May 21, 2024, 12:38 am

**Arrived at USPS Facility**
LAS VEGAS, NV 89134

Exhibit F, p. 2

May 20, 2024, 5:51 pm

**Departed USPS Regional Facility**

LAS VEGAS NV DISTRIBUTION CENTER

May 20, 2024, 5:11 pm

**Arrived at USPS Regional Facility**

LAS VEGAS NV DISTRIBUTION CENTER

May 20, 2024, 11:18 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER

May 17, 2024, 3:51 am

**USPS picked up item**

SEATTLE, WA 98101

May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

*istrict of Washington*
*Street, Suite 5220*
*ington 98101-1271*
*cess*

9589 0710 5270 0915 3809 73

RECEIVED
JUL 08 2024
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

-R-T-S-    891345006-1N         07/04/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

AFU
KRISTA B.

# **EXHIBIT G**

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)           $ _____
- [ ] Return Receipt (electronic)         $ _____
- [ ] Certified Mail Restricted Delivery  $ _____
- [ ] Adult Signature Required            $ _____
- [ ] Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit G, p. 1

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. 1

City, State, ZIP+4

Medicus LLC aka Medikus
1271 120th Ave. NE
Bellevue, WA 98005

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN M D-ATL    TI...

# USPS Tracking®

FAQs ›

**Tracking Number:**

**9589071052700915381048**

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:45 am on May 17, 2024 in BELLEVUE, WA 98005.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BELLEVUE, WA 98005
May 17, 2024, 11:45 am

● **Out for Delivery**
BELLEVUE, WA 98005
May 17, 2024, 6:10 am

● **Arrived at Post Office**
BELLEVUE, WA 98005
May 17, 2024, 5:27 am

● **Arrived at USPS Facility**
BELLEVUE, WA 98005
May 17, 2024, 5:10 am

● **Departed USPS Facility**
REDMOND, WA 98052

Feedback

May 17, 2024, 4:16 am

**Arrived at USPS Facility**

REDMOND, WA 98052

May 17, 2024, 4:05 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER

May 17, 2024, 3:22 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER

May 17, 2024, 12:10 am

**USPS picked up item**

SEATTLE, WA 98101

May 16, 2024, 3:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

**Product Information**                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# **<u>EXHIBIT H</u>**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 74,000 ITEMS OF
STOLEN MERCHANDISE,

Defendant.

NO. CV24-675-RAJ

**SECOND NOTICE OF
VERIFIED COMPLAINT
FOR FORFEITURE *IN REM***

**Direct notice is hereby provided to:**

1. Andrey Balun
   1371 120th Ave NE,
   Bellevue, WA 98168

2. Andrey Balun
   1375 121 Ave NE, Apt 404,
   Bellevue, WA 98005

3. Andrey Balun
   333 N Summer Palace Way,
   Las Vegas, NV 89144

4. Vitaliy Bobak and Nadezhda Bobak
   183 SW 359th PL,
   Federal Way, WA 98023-7405

Second Notice of Verified Complaint for Forfeiture *in Rem* - 1
*United States v. Approx. 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

Exhibit H, p.1

On May 15, 2024, Assistant United States Attorney ("AUSA") Krista K. Bush filed, in the United States District Court for the Western District of Washington, a civil Verified Complaint for Forfeiture in Rem ("Complaint") that seeks seizure and forfeiture of the following Defendant Property on behalf of Plaintiff United States of America:

    a.    Approximately 74,000 items of stolen merchandise, seized on or about December 19, 2023, from the following locations:

        (1)    a "We Buy Gold, Silver, and Electronics" storefront located at 13622 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment A to the Complaint;

        (2)    an adjacent commercial warehouse located at 13620 1st Avenue South, Burien, Washington, an inventory for which is appended as Attachment B to the Complaint;

        (3)    a residence located at 183 SW 359th Place, Federal Way, Washington, an inventory for which is appended as Attachment C to the Complaint.

*See* Dkt. No. 1.

The Defendant Property was seized by the Homeland Security Investigations pursuant to the execution of federal search warrants on December 19, 2023.

The Complaint alleges the Defendant Property constitutes or is derived from proceeds of *Sale or Receipt of Stolen Property*, in violation of Title 18, United States Code, Section 2315, and *Interstate Transportation of Stolen Property*, in violation of Title 18, United States Code, Section 2314, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C).

On May 16, 2024, the United States served by U.S. Postal Service Certified Mail, the Notice of Verified Complaint ("Notice") to six potential third parties at 14 addresses. Dkt. No. 2. The United States has since discovered additional addresses for potential third parties that are identified above.

Second Notice of Verified Complaint for Forfeiture *in Rem* - 2
*United States v. Approx. 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Exhibit H, p.2

1          To avoid forfeiture of the Defendant Property, any person claiming an interest in it

2    must file a claim in the manner set forth in the Federal Rules of Civil Procedure,

3    Supplemental Rule G(5) (governing forfeiture actions in rem). As provided in

4    Supplemental Rules G(4) and (5), any such claim must be filed no later than 35 days after

5    the date of this notice; or, for interested parties not listed above, no later than 60 days

6    after the first day of publication of this notice on an official internet government

7    forfeiture site (currently, www.forfeiture.gov). As provided in Supplemental Rule

8    G(5)(a)(i), any claim must: (A) identify the specific property claimed; (B) identify the

9    claimant and state the claimant's interest in the property; (C) be signed by the claimant

10   under penalty of perjury; and, (D) be served on the above-identified Assistant

11   United States Attorney. Any person filing a claim must also file and serve an Answer to

12   the Complaint, or a motion pursuant to Federal Rule of Civil Procedure 12, no later than

13   21 days after filing the claim, as required by Supplemental Rule G(5)(b).

14

15   ///

16

17

18   ///

19

20

21   ///

22

23

24   ///

25

26

27   ///

Second Notice of Verified Complaint for Forfeiture *in Rem* - 3
*United States v. Approx. 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

Exhibit H, p.3

1    Claims may be filed with the Clerk's Office at the United States District Court for

2  the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle,

3  Washington, 98101. A copy of any claim should be served on the United States

4  Attorney's Office, Attention: AUSA Krista K. Bush – Asset Forfeiture Unit, 700 Stewart

5  Street, Suite 5220, Seattle, Washington 98101.

6    Additional rules governing this forfeiture action may be found at 18 U.S.C. § 983.

7

8    DATED this 11th day of June, 2024.

9

10

11                              Respectfully submitted,
                              TESSA M. GORMAN
12                              United States Attorney

13                              *s/Krista K. Bush*
14                              KRISTA K. BUSH
                              Assistant United States Attorney
15                              United States Attorney's Office
                              700 Stewart Street, Suite 5220
16                              Seattle, Washington 98101
                              Phone: (206) 553-2242
17                              Fax: (206) 553-6934
                              Krista.Bush@usdoj.gov
18

19

20

21

22

23

24

25

26

27

---

Second Notice of Verified Complaint for Forfeiture *in Rem* - 4
*United States v. Approx. 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

Exhibit H, p.4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2024, I electronically filed the foregoing Second Notice of Verified Complaint for Forfeiture In Rem ("Notice") with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

I hereby further certify that on June 11, 2024, I sent the foregoing Second Notice to the parties at the addresses listed below, by U.S. Certified Mail:

| | |
|---|---|
| Andrey Balun<br>1371 120th Ave NE,<br>Bellevue, WA 98168 | Andrey Balun<br>1375 121 Ave NE, Apt 404,<br>Bellevue, WA 98005 |
| Andrey Balun<br>333 N Summer Palace Way,<br>Las Vegas, NV 89144 | Vitaliy Bobak and Nadezhda Bobak<br>183 SW 359th PL,<br>Federal Way, WA 98023-7405 |

<u>s/Hannah G. Williams</u>
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Second Notice of Verified Complaint for Forfeiture *in Rem* - 5
*United States v. Approx. 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

Exhibit H, p.5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# <u>EXHIBIT I</u>

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)          $ _____
- [ ] Return Receipt (electronic)        $ _____
- [ ] Certified Mail Restricted Delivery  $ _____
- [ ] Adult Signature Required            $ _____
- [ ] Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit I, p. 1

Postage

$

Total Postage and Fees

$

**Vitaliy Bobak and Nadezhda Bobak
183 SW 359th PL,
Federal Way, WA 98023-7405**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...**

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 9589071052700915381116

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 2:46 pm on July 24, 2024 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

> **USPS Tracking Plus®**

Feedback

● **Delivered to Agent**
**Delivered to Agent, Left with Individual**
SEATTLE, WA 98101
July 24, 2024, 2:46 pm

● **In Transit to Next Facility**
July 23, 2024

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
July 20, 2024, 7:45 am

● **Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
July 19, 2024, 4:55 pm

● **Unclaimed/Being Returned to Sender**
FEDERAL WAY, WA 98023
July 17, 2024, 8:51 am

**Reminder to Schedule Redelivery of your item**

June 17, 2024

**Notice Left (No Authorized Recipient Available)**

FEDERAL WAY, WA 98023
June 12, 2024, 10:36 am

**Out for Delivery**

FEDERAL WAY, WA 98023
June 12, 2024, 6:15 am

**Arrived at Post Office**

FEDERAL WAY, WA 98023
June 12, 2024, 6:04 am

**Arrived at USPS Facility**

FEDERAL WAY, WA 98023
June 12, 2024, 6:01 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
June 12, 2024, 3:03 am

**In Transit to Next Facility**

June 12, 2024, 2:50 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
June 12, 2024, 1:08 am

**USPS picked up item**

SEATTLE, WA 98101
June 11, 2024, 3:03 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

Exhibit I, p. 3





epartment of Justice
States Attorney's Office
District of Washington

*art Street, Suite 5220*
*Washington 98101-1271*

*usiness*

9589 0710 5270 0915 3811 16

ZIP 98101   $ 018.40⁰
02 4W
0001131800 JUN 11 2024

*L N*
*6 - 12*

**Vitaliy Bobak and Nadezhda Bobak**
**183 SW 359th PL,**
**Federal Way, WA 98023-7405**

```
-R-T-S-   980235050-1N          07/22/24

          RETURN TO SENDER
               UNCLAIMED
          UNABLE TO FORWARD
          RETURN TO SENDER
```

 RECEIVED

JUL 2 4 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

# **EXHIBIT J**

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit J, p. 1

Postage

$

Total Postage and Fees

$

Sent To   **Andrey Balun**

Str   **333 N Summer Palace Way,**

Cit   **Las Vegas, NV 89144**

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 9589071052700915381123

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:50 am on June 17, 2024 in LAS VEGAS, NV 89134.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
LAS VEGAS, NV 89134
June 17, 2024, 11:50 am

**Notice Left (No Authorized Recipient Available)**
LAS VEGAS, NV 89144
June 15, 2024, 3:01 pm

**Out for Delivery**
LAS VEGAS, NV 89144
June 15, 2024, 6:10 am

**Arrived at Post Office**
LAS VEGAS, NV 89134
June 15, 2024, 12:48 am

**Arrived at USPS Facility**
LAS VEGAS, NV 89134
June 14, 2024, 11:56 pm

**Departed USPS Regional Facility**

Feedback

LAS VEGAS NV DISTRIBUTION CENTER
June 14, 2024, 11:22 pm

**Arrived at USPS Regional Facility**

LAS VEGAS NV DISTRIBUTION CENTER
June 14, 2024, 1:03 pm

**Departed USPS Regional Facility**

SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER
June 14, 2024, 5:04 am

**Arrived at USPS Regional Facility**

SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER
June 14, 2024, 4:55 am

**Departed USPS Regional Facility**

SALT LAKE CITY DISTRIBUTION CENTER
June 14, 2024, 4:42 am

**Arrived at USPS Regional Facility**

SALT LAKE CITY DISTRIBUTION CENTER
June 14, 2024, 1:09 am

**In Transit to Next Facility**

June 13, 2024, 11:59 pm

**In Transit to Next Facility**

June 13, 2024, 5:35 pm

**In Transit to Next Facility**

June 13, 2024, 12:44 pm

**Departed USPS Regional Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER
June 13, 2024, 7:15 am

**Arrived at USPS Regional Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER
June 13, 2024, 6:36 am

**In Transit to Next Facility**

June 13, 2024, 5:56 am

**Departed USPS Facility**

Exhibit J, p. 3

KENT, WA 98035
June 13, 2024, 5:47 am

**Arrived at USPS Origin Facility**

KENT, WA 98035
June 12, 2024, 11:00 pm

**Departed USPS Regional Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER
June 12, 2024, 6:23 pm

**Arrived at USPS Regional Origin Facility**

SEATTLE WA NETWORK DISTRIBUTION CENTER
June 12, 2024, 12:08 pm

**USPS picked up item**

SEATTLE, WA 98101
June 11, 2024, 3:03 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

Exhibit J, p. 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Andrey Balun**
   **333 N Summer Palace Way,**
   **Las Vegas, NV 89144**



   9590 9402 8764 3310 2868 24

2. Article Number *(Transfer from service label)*

   9589 0710 5270 0915 3811 23

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☒ Addressee

B. Received by *(Printed Name)*    ANdrey Balun    C. Date of Delivery  6/17/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Exhibit J, p. 5

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _____
- ☐ Return Receipt (electronic)      $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required         $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit J, p. 6

Postage

$

Total Postage and Fees

$

Sent To          **Andrey Balun**

Street and Ap   **1371 120th Ave NE,**

City, State, Zi  **Bellevue, WA 98168**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052700915381178

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:11 pm on June 17, 2024 in BELLEVUE, WA 98005.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BELLEVUE, WA 98005
June 17, 2024, 12:11 pm

**Rescheduled to Next Delivery Day**
BELLEVUE, WA 98005
June 12, 2024, 11:23 am

**Out for Delivery**
BELLEVUE, WA 98005
June 12, 2024, 7:00 am

**Arrived at Post Office**
BELLEVUE, WA 98005
June 12, 2024, 6:49 am

**Arrived at USPS Facility**
BELLEVUE, WA 98005
June 12, 2024, 5:54 am

**Departed USPS Facility**

Feedback

Exhibit J, p. 7

REDMOND, WA 98052
June 12, 2024, 5:12 am

**Arrived at USPS Facility**

REDMOND, WA 98052
June 12, 2024, 4:57 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
June 12, 2024, 4:18 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
June 12, 2024, 1:08 am

**USPS picked up item**

SEATTLE, WA 98101
June 11, 2024, 3:03 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

Exhibit J, p. 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Andrey Balun**
**1371 120th Ave NE,**
**Bellevue, WA 98168**

9590 9402 8764 3310 2862 68

2. Article Number (Transfer from service label)

9589 0710 5270 0915 3811 78

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Daniel Nyhus

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

Exhibit J, p. 9

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Exhibit J, p. 10

Postage

$

Total Postage and Fees

$

Sent

**Andrey Balun**
**1375 121 Ave NE, Apt 404,**
**Bellevue, WA 98005**

Street

City,

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                          Remove ✕

## 9589071052700915381161

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:11 pm on June 17, 2024 in BELLEVUE, WA 98005.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BELLEVUE, WA 98005
June 17, 2024, 12:11 pm

**Rescheduled to Next Delivery Day**
BELLEVUE, WA 98005
June 12, 2024, 11:23 am

**Out for Delivery**
BELLEVUE, WA 98005
June 12, 2024, 7:00 am

**Arrived at Post Office**
BELLEVUE, WA 98005
June 12, 2024, 6:49 am

**Arrived at USPS Facility**
BELLEVUE, WA 98005
June 12, 2024, 5:54 am

**Departed USPS Facility**

Feedback

Exhibit J, p. 11

REDMOND, WA 98052
June 12, 2024, 5:12 am

**Arrived at USPS Facility**

REDMOND, WA 98052
June 12, 2024, 4:57 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
June 12, 2024, 4:18 am

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
June 12, 2024, 1:10 am

**USPS picked up item**

SEATTLE, WA 98101
June 11, 2024, 3:02 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

Exhibit J, p. 12

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Andrey Balun**
**1375 121 Ave NE, Apt 404,**
**Bellevue, WA 98005**



9590 9402 8764 3310 2862 51

2. Article Number *(Transfer from service label)*

9589 0710 5270 0915 3811 61

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

Daniel Nyhus

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

Exhibit J, p. 13

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# **<u>EXHIBIT K</u>**


**WASHINGTON**
Secretary of State
**Corporations & Charities Division**

Filed
Secretary of State
State of Washington
Date Filed: 11/17/2023
Effective Date: 11/17/2023
UBI #: 604 233 283

# Amended Annual Report

## BUSINESS INFORMATION

Business Name:
**MBA TRADING, LLC**

UBI Number:
**604 233 283**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**13622 1ST AVE S, BURIEN, WA, 98168-3404, UNITED STATES**

Principal Office Mailing Address:
**13622 1ST AVE S, BURIEN, WA, 98168-3404, UNITED STATES**

Expiration Date:
**03/31/2024**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**03/01/2018**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE, SECONDHAND DEALER**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ANDREY BALUN | 13622 1ST AVE S, BURIEN, WA, 98168-3404, UNITED STATES | 13622 1ST AVE S, BURIEN, WA, 98168-3404, UNITED STATES |

## PRINCIPAL OFFICE

Phone:

Email:
**ANDREY@FCBM.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023111700746310 - 1
**Received Date: 11/17/2023**
**Amount Received: $10.00**

Exhibit K, p. 1

Street Address:
**13622 1ST AVE S, BURIEN, WA, 98168-3404, USA**

Mailing Address:
**13622 1ST AVE S, BURIEN, WA, 98168-3404, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ANDREY | BALUN |
| GOVERNOR | INDIVIDUAL | | VITALY | BOBAK |

## NATURE OF BUSINESS

- ANY LAWFUL PURPOSE
- SECONDHAND DEALER

## EFFECTIVE DATE

Effective Date:
**11/17/2023**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
    a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**
You **must** submit a Controlling Interest Transfer Return form if you answered "Yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **- No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☐ I am an authorized person.

Person Type:
**INDIVIDUAL**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023111700746310 - 1
Received Date: 11/17/2023
Amount Received: $10.00

Exhibit K, p. 2

First Name:
**ANDREY**

Last Name:
**BALUN**

Title:
**MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023111700746310 - 1
Received Date: 11/17/2023
Amount Received: $10.00

Exhibit K, p. 3

**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

04/01/2024

MBA TRADING, LLC
ANDREY BALUN
13622 1ST AVE S
BURIEN WA 98168-3404

# DELINQUENT ANNUAL REPORT NOTICE

Greetings!

UBI #: 604 233 283
Entity Name: MBA TRADING, LLC

The above listed entity has not filed its annual report that was due on 03/31/2024. As a result, the above listed entity is no longer in active status.
Failure to file the necessary report by 07/31/2024 will result in administrative dissolution or termination of your registration.

Please verify the registered agent information is correct, including email address and update as needed.

You can file online using the Washington Secretary of State, Corporations and Charities Filing System (CCFS) using the following website https://www.sos.wa.gov/corps

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.

# **<u>EXHIBIT L</u>**



**WASHINGTON**
Secretary of State
Corporations & Charities Division

<div style="border:1px solid">

Filed
Secretary of State
State of Washington
Date Filed: 05/10/2022
Effective Date: 05/10/2022
UBI #: 603 488 346

</div>

# Annual Report

## BUSINESS INFORMATION

Business Name:
**MEDICUS, LLC**

UBI Number:
**603 488 346**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**1271 120TH AVE NE, BELLEVUE, WA, 98005-2121, UNITED STATES**

Principal Office Mailing Address:
**1271 120TH AVE NE, BELLEVUE, WA, 98005-2121, UNITED STATES**

Expiration Date:
**03/31/2023**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**03/17/2015**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE**

## REGISTERED AGENT     RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ANDREY BALUN | 11019 NE 26TH PL, BELLEVUE, WA, 98004-2022, UNITED STATES | |

## PRINCIPAL OFFICE

Phone:

Email:
**ANDREY@MEDIKUS.COM**

Street Address:
**1271 120TH AVE NE, BELLEVUE, WA, 98005-2121, USA**

This document is a public record. For more information visit www.sos.wa.gov/corps

Exhibit L, p. 1

Work Order #: 2022051000302369 - 1
Received Date: 05/10/2022
Amount Received: $85.00

Mailing Address:
**1271 120TH AVE NE, BELLEVUE, WA, 98005-2121, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ANDREY | BALUN |

## NATURE OF BUSINESS

ı ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
**05/10/2022**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**NO**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**NO**
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**NO**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**NO**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

This document is a public record. For more information visit www.sos.wa.gov/corps

**Work Order #: 2022051000302369 - 1**
**Received Date: 05/10/2022**
**Amount Received: $85.00**

☐ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**ANDREY**

Last Name:
**BALUN**

Title:
☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Exhibit L, p. 3

**Work Order #: 2022051000302369 - 1**
**Received Date: 05/10/2022**
**Amount Received: $85.00**



**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

08/03/2023

MEDICUS, LLC
ANDREY BALUN
11019 NE 26TH PL
BELLEVUE WA 98004-2022

### ADMINISTRATIVE DISSOLUTION

Greetings!

UBI #: 603 488 346
Entity Name: MEDICUS, LLC

The above listed entity has not filed its annual report that was due on 03/31/2023. As a result, the entity is no longer in active status.

In accordance with RCW23.95.605-610, the above entity is hereby administratively dissolved as of: 08/03/2023.

This action was taken due to failure of the entity to file a required report within the time set forth by law.

Under RCW 23.95.615, a domestic entity that is administratively dissolved may apply for reinstatement no later than five (5) years after the effective date of administrative dissolution noted above. RCW 23.95.615 identifies the requirements for an application for reinstatement.

You can access the Washington Secretary of State, Corporations and Charities Filing System (CCFS) online to reactivate your entity using the following website https://www.sos.wa.gov/corps

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov


Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.