The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>Defendant. | NO. 2:24-cv-00675-RAJ<br><br>CLERK'S ENTRY OF DEFAULT |

The United States' request for the Clerk of Court to enter default (Dkt. No. 8) is GRANTED. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). No person has filed a claim to the above-captioned property within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case.

NOW, THEREFORE, DEFAULT is ENTERED, pursuant to Federal Rules of Civil Procedure 55(a) and Local Rule 55(a), against all potential claimants, including but not limited to the following identified potential claimants: Andrey Balun and Natasha

CLERK'S ENTRY OF DEFAULT - 1
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
2:24-cv-00675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Balun, Vitaliy Bobak and Nadezhda Bobak, MBA Trading LLC, and Medicus LLC aka Medikus.

DATED this 6th day of August, 2024.

                                      RAVI SUBRAMANIAN,
                                      Clerk of Court

                                    */s/ Victoria Ericksen*
                                         Deputy Clerk

CLERK'S ENTRY OF DEFAULT - 2
*United States v. Approximately 74,000 Items of Stolen Merchandise*,
2:24-cv-00675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970