The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>Defendant. | NO. CV24-675-RAJ<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br>August 6, 2024 |

## I. MOTION

The United States, by and through its undersigned counsel, respectfully requests the Clerk of Court enter default judgment of forfeiture in this case pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule ("LCR") 55(b)(3).

## II. NOTICE AND CLAIMS PERIOD

The United States filed this action on May 15, 2024, seeking forfeiture of Defendant Approximately 74,000 Items of Stolen Merchandise (hereafter "the Defendant Property"). *See* Dkt. No. 1 (Complaint). As required by the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), the United States provided notice of this civil forfeiture action by publication and sent notice to all known potential

Motion for Entry of Default Judgment of Forfeiture - 1
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

claimants by means reasonably calculated to reach them. No one has claimed an interest in the Defendant Property or otherwise responded to the Complaint.

As required by Supplemental Rule G(4)(b), the United States sent direct notice by means reasonably calculated to reach identified potential claimants, as set forth in the Notice of Verified Complaint for Forfeiture in Rem (Dkt. No. 2) and the Second Notice of Verified Complaint for Forfeiture in Rem (Dkt. No. 5), at their last-known addresses. *See* Dkt. Nos. 8 (Request for Clerk of Court to Enter Default) and 9 (Declaration of Krista K. Bush in Support of Request for Entry of Default ("Bush Decl."), ¶¶ 2-4, Exhibits A – J. These notices were sent on May 16, 2024 and June 11, 2024, respectively. *Id.* As provided by Supplemental Rules G(4) and G(5), therefore, the last day for these identified potential claimants to file a claim was **June 20, 2024** (35 days after the first set of notices were sent) and **July 16, 2024** (35 days after the second set of notices were sent).

As required by Supplemental Rule G(4)(a), the United States published notice of its intent to forfeit the Defendant Property on the official internet government forfeiture site www.forfeiture.gov for 30 consecutive days, beginning on May 17, 2024. *See* Dkt. No. 6 (Declaration of Publication). As provided by Supplemental Rules G(4) and G(5), therefore, the last day for any other claimant to file a claim was **July 16, 2024** (60 days after the first date the notice was published on www.forfeiture.gov). *See* Dkt. Nos. 8-9.

### III.   ENTRY OF DEFAULT

As no claims to the Defendant Property have been filed – *i.e.*, all potential claimants have "failed to plead or otherwise defend" this forfeiture action, the United States requested the Clerk of Court enter default pursuant to Fed. R. Civ. P. 55(a) and LCR 55(a). *See* Dkt. Nos. 8-9. On August 6, 2024, the Clerk of Court entered an Order of Default against the Defendant Property. *See* Dkt. No. 10.

//
//
//

Motion for Entry of Default Judgment of Forfeiture - 2
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## IV. ARGUMENT

Now, therefore, the United States moves for entry of a default judgment of forfeiture. Default judgment is appropriate because: the United States has provided the required notice of the forfeiture action; no claimants have appeared to contest the forfeiture and the period for doing so has expired; and, the Clerk of Court has entered default against all potential claimants. It is appropriate for the Clerk of Court to enter default judgment in this case because no claimants have appeared and the amount the United States seeks to forfeit is a sum certain or a sum that can be made certain by computation. *See* Fed. R. Civ. P. 55(b)(1) and LCR 55(b)(3). Specifically, the United States seeks to forfeit the Defendant Approximately 74,000 Items of Stolen Property, which was seized. No accounting, assessment of damages, or other investigation requiring action of the Court, pursuant to Fed. R. Civ. P. 55(b)(2), is required.

## V. CONCLUSION

For the foregoing reasons, the United States moves the Clerk of Court to enter default judgment as to all potential claimants. A proposed Default Judgment of Forfeiture is submitted with this Request.

DATED this 6th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Motion for Entry of Default Judgment of Forfeiture - 3
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I electronically filed the foregoing Motion for Default Judgment of Forfeiture using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Motion for Entry of Default Judgment of Forfeiture - 4
*United States v. Approximately 74,000 Items of Stolen Merchandise;*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970