The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>Defendant. | NO. CV24-675-RAJ<br><br>[PROPOSED]<br><br>**ORDER** |

The United States' Motion for the Clerk of Court to enter a Default Judgment of Forfeiture pursuant to Federal Rules of Civil Procedure 55(b)(1) and Local Civil Rule 55(b)(3) (Dkt. No. 11) is GRANTED for the following reasons:

1. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") (*see* Dkt. Nos. 2, 5, and 6);

2. No person has filed a claim to the above-captioned property within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case;

Order of Default Judgment of Forfeiture - 1
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. On August 6, 2024, the Clerk of Court entered default against all potential claimants (*see* Dkt. No. 10); and,

4. The Defendant Property to be forfeited constitutes a sum certain or a sum that can be made certain by computation.

NOW, THEREFORE, a DEFAULT JUDGMENT OF FORFEITURE is ENTERED, as follows:

1. The above-captioned property is fully and finally forfeited, in its entirety, to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C); hereinafter, no right, title, or interest in the property shall exist in any other party; and

2. The United States, the U.S. Department of Homeland Security Investigations, the U.S. Department of Customs and Border Protection, and/or its agents and representatives, shall dispose of the property as permitted by governing law.

It is so ORDERED.

DATED this _____ day of _____, 2024.

RAVI SUBRAMANIAN
UNITED STATES DISTRICT COURT CLERK

_____
DEPUTY CLERK

Order of Default Judgment of Forfeiture - 2
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

 *s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Order of Default Judgment of Forfeiture - 3
*United States v. Approximately 74,000 Items of Stolen Merchandise,*
CV24-675-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970