# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 74,000 ITEMS OF STOLEN MERCHANDISE,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: 2:24-cv-00675-RAJ |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Plaintiff United States of America, against Defendant Approximately 74,000 Items of Stolen Merchandise.

Defendant Property is fully and finally forfeited, in its entirety, to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C). It is further ordered that Defendant Property be disposed of according to law.

DATED this 15th day of November, 2024.

                                            RAVI SUBRAMANIAN,
                                            Clerk of the Court

                                            By: _/s/ Victoria Ericksen_
                                                           Deputy Clerk